UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.    Crim. No. 5:11-CR-49-1F

STEPHEN SEBASTIAN POTTS

On May 21, 2010, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _14th_ day of _May_, 2013.

James C. Fox  
Senior U.S. District Judge